IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVIS CLAYTON,

    Plaintiff,

v.                                            Case No. 14-cv-791 MV/GBW

SHAW FUNK, *et al.*,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendations, *doc. 17*, regarding Plaintiff's Motion for Leave to File First Amended Complaint, *doc. 12*. Neither party has filed objections to the PFRD within the time frame for doing so, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendations, *doc. 17*, is ADOPTED. Plaintiff's Motion for Leave, *doc. 12*, is hereby GRANTED. Plaintiff's Amended Complaint, which is filed both as an attachment to his Motion, *doc. 12*, Ex. 1, and as a separate filing, *doc. 18*, is now the operative complaint in this case.

It is FURTHER ORDERED that Defendants' Motion to Dismiss(*doc. 7*) is DENIED as moot.

_____
UNITED STATES DISTRICT JUDGE